**Deny Writ and Opinion Filed June 24, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00778-CV

### IN RE CYNTHIA PARKER, Relator

**Original Proceeding from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-02558-A**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Whitehill, and Schenck
Opinion by Justice Whitehill

Relator filed this petition for writ of mandamus requesting that the Court stay her eviction pending a hearing of her complaints against her landlord. Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.,* 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). We conclude relator has failed to establish her right to mandamus relief. We deny the petition.

150778F.P05

/Bill Whitehill/
BILL WHITEHILL
JUSTICE